UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN A. WILLIAMS,

                Plaintiff,

-against-

THE PLAZA REHABILITATION AND NURSING CENTER, JOHN TAYLOR, CRYSTAL ROEBUCK, and RICARDO GRAHAM,

                Defendants.

**ORDER**

23 Civ. 4438 (PGG) (BCM)

PAUL G. GARDEPHE, U.S.D.J.:

        In this action, pro se Plaintiff Robin A. Williams – who is proceeding in forma pauperis – brings claims of age, gender, and race discrimination against Defendants The Plaza Rehabilitation and Nursing Center, John Taylor, Crystal Roebuck, and Ricardo Graham (collectively "Defendants"). (Cmplt. (Dkt. No. 1))

        This Court referred this case to Magistrate Judge Barbara Moses for general pretrial supervision on August 24, 2023. (Dkt. No. 13) On October 6, 2023, the Court expanded the reference to include a report and recommendation concerning any dispositive motions. (Dkt. No. 27) On December 18, 2023, Judge Moses issued a Report and Recommendation ("R&R") recommending that this Court dismiss the Complaint sua sponte for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Dkt. No. 32)

        On July 12, 2024, this Court entered an Order adopting the R&R in its entirety and dismissing the Complaint. (Dkt. No. 36) In the July 12, 2024 Order, this Court directed that (1) any motion for leave to file an amended complaint will be filed by July 31, 2024; (2) a

proposed amended complaint is to be attached as an exhibit to the motion; and (3) if no motion to amend is filed by July 31, 2024, the Clerk of Court will be directed to close this case.  (Id. at 10)

Plaintiff has not filed a motion seeking leave to amend or a proposed amended complaint.  Accordingly, this action is terminated.

The Clerk of Court is directed to close this case.

Dated: New York, New York
       August 5, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2